The relief described hereinbelow is SO ORDERED

Done this 16th day of July, 2018.




**William R. Sawyer**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE |
| | § | |
| ESTHER WILLIAMS | § | |
| aka ESTER WILLIAMS | § | |
| aka ESTHER MAE WILLIAMS | § | CASE NO. 18-80157 |
| | § | |
| Debtor. | § | CHAPTER 13 |

**ORDER CONDITIONALLY DENYING**
**MOTION FOR RELIEF FROM STAY**

The Movant, CARRINGTON MORTGAGE SERVICE, LLC as servicer for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A ("Movant") filed a motion for relief from stay against Debtor, ESTHER WILLIAMS aka ESTER WILLIAMS aka ESTHER MAE WILLIAMS ("Debtor"), which was scheduled for telephone hearing on June 19, 2018, seeking relief from the stay which operates as a result of the Debtor having filed a petition under the Bankruptcy Code. The mortgage is held by Movant with regard to the property situated in the County of Chambers, State of Alabama and commonly known as 118 1st Avenue SW, Lafayette, AL 36862 ("Property"). The Debtor executed a note and mortgage to Movant on the Property and the parties have agreed that the mortgage is in post-petition default.

Whereas, it is ORDERED that the relief prayed for by Movant is CONDITIONALLY DENIED. The condition is the Debtor is to pay the post-petition arrears as follows:

| | |
|---|---:|
| Contract payment – March 2018 through June 2018 at $224.38: | $897.52 |
| Attorney's fee - motion for relief | $850.00 |
| Filing fee - motion for relief | $181.00 |
| Less suspense balance | <$200.00> |
| ========================================================= | |
| Total: | $1,728.52 |

The arrears of $1,728.52 shall be paid as follows: the post-petition arrearage shall be added to the Chapter 13 Plan by a proof of claim to be filed by Movant, which shall be allowed without objection. The Debtor shall resume monthly payments directly to Creditor with the July 1, 2018 payment in the amount of $224.38. The creditor's claim shall receive a specified monthly payment of $35.00. The debtor's payments to the Trustee are set at $315.00 monthly to maintain feasibility of the debtor's plan;

It if further agreed by the parties that should the Debtor default under the terms of this Order or the mortgage agreement between the parties, the Motion for Relief is granted if Creditor gives the Debtor and the Debtor's attorney twenty (20) days written notice and an opportunity to cure in writing and filed on the Court's CM/ECF system. If the default is not cured within twenty (20) days from the date the notice is issued, then the automatic stay shall lift upon Movant filing a notice of termination of stay with the Court. In the event the automatic stay is lifted, Movant then may exercise its state law remedies against the Property, including advertising, and foreclosing upon the Property and/or to communicate with the Debtor to offer and provide information with regard to a potential forbearance agreement, loan modification, refinance agreement, loss mitigation agreement or other loan workout. In the event the automatic stay is lifted, all communications sent by Movant in connection with proceeding against the Property including, but not limited, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other loan workout, may be sent directly to the Debtor.

###END OF ORDER###

**This Order prepared by/Agreed to:**

/s/robert j. solomon
ROBERT J. SOLOMON
SOLOMON | BAGGETT, LLC
3763 Rogers Bridge Road
Duluth, GA 30097
Telephone:     678.243.2512
Facsimile:      678.243.2518
rsolomon@sb-law.com

**Consented to:**

/s/leigh a. carr
LEIGH A. CARR
Ingrum, Layson & Carr, LLC
PO Box 229
Opelika, AL 36803
Telephone: 334-745-3333
leigh@ilclawoffice.com


No Opposition

/s/audrey l. willis
Staff Attorney for Chapter 13 Trustee
P.O. Box 173
Montgomery, Alabama 36101
Trustees_office@ch13mdal.com